## Superior Court of California, County of San Francisco
Case Number: CGC-07-467713
Title: STEVE SHAPIRO et al VS. JUPITERIMAGES CORPORATION et al
Cause of Action: CONTRACT/WARRANTY
Generated: Oct-29-2007 5:50 pm PST

Register of Actions   Parties   Attorneys   Calendar   Payments   Documents

## Register of Actions

Date Range: First Date Sep-28-2007   Last Date Oct-29-2007   (Dates must be entered as MMM-DD-YYYY)
Descending Date Sequence    ALL FILING TYPES    Submit

| Date | Proceedings | Document | Fee |
|---|---|---|---|
| OCT-03-2007 | SUMMONS ON COMPLAINT, PROOF OF SERVICE ONLY, FILED BY PLAINTIFF SHAPIRO, STEVE MUSIC, STEVE SHAPIRO SERVED OCT-01-2007, PERSONAL SERVICE ON DEFENDANT JUPITERIMAGES CORPORATION | | |
| SEP-28-2007 | NOTICE TO PLAINTIFF | View | |
| SEP-28-2007 | CONTRACT/WARRANTY, COMPLAINT FILED BY PLAINTIFF SHAPIRO, STEVE MUSIC, STEVE SHAPIRO AS TO DEFENDANT JUPITERIMAGES CORPORATION DOES 1 TO 10 SUMMONS ISSUED, JUDICIAL COUNCIL CIVIL CASE COVER SHEET FILED CASE MANAGEMENT CONFERENCE SCHEDULED FOR FEB-29-2008 PROOF OF SERVICE DUE ON NOV-27-2007 CASE MANAGEMENT STATEMENT DUE ON FEB-14-2008 | View | 335.00 |

EXHIBIT D