JEFFER, MANGELS, BUTLER & MARMARO LLP
JEFFREY K. RIFFER (Bar No. 87016) (Jriffer@jmbm.com)
1900 Avenue of the Stars
Seventh Floor
Los Angeles, CA 90067-4308
Telephone:   310 203-8080
Facsimile:   310 203-0567

Attorneys for Defendant JUPITERIMAGES CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVE SHAPIRO and STEVE SHAPIRO MUSIC,<br><br>Plaintiffs,<br><br>v.<br><br>JUPITERIMAGES CORPORATION,<br><br>Defendant. | CASE NO.   3:07-CV-5540 PJH<br><br>**CERTIFICATE OF INTERESTED PERSONS OR ENTITIES** |

   Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) could be substantially affected by the outcome of this proceeding:

   1. Jupitermedia corporation.

DATED: October 31, 2007   JEFFER, MANGELS, BUTLER & MARMARO LLP
             JEFFREY K. RIFFER


             By:  --S-- *JEFFREY K. RIFFER*
               JEFFREY K. RIFFER
           Attorneys for Defendant JUPITERIMAGES CORP.