1  JEFFER, MANGELS, BUTLER & MARMARO LLP
   JEFFREY K. RIFFER (Bar No. 87016) *(JRiffer@jmbm.com)*
2  1900 Avenue of the Stars, Seventh Floor
   Los Angeles, CA 90067-4308
3  Telephone:    310 203-8080
   Facsimile:    310 203-0567
4
   Attorneys for Defendant JUPITERIMAGES CORP.
5

6  LAW OFFICES OF STEVEN B. STEIN
   STEVEN B. STEIN (Bar No. 52829 *(sbs@levinslaw.com)*
7  44 Montgomery Street, 36th Floor
   San Francisco, CA 94104
8  Telephone:    415-646-7171
   Facsimile:    415-981-1095
9
   Attorneys for Plaintiffs STEVE SHAPIRO AND STEVE
10 SHAPIRO MUSIC

11

12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                       SAN FRANCISCO DIVISION

16

17 | STEVE SHAPIRO and STEVE SHAPIRO MUSIC, | CASE NO.   3:07-CV-5540 PJH |
18 | Plaintiffs, | STIPULATION RE FILING ONE DOCUMENT UNDER SEAL |
19 | v. | |
20 | JUPITERIMAGES CORPORATION, | |
21 | Defendant. | |

22

23

24

25

26

27

28

Counsel for plaintiffs Steve Shapiro and Steve Shapiro Music ("Shapiro") and counsel for defendant Jupiterimages Corporation ("Jupiterimages") hereby stipulate as follows:

1. The Complaint attached as an exhibit an Asset Purchase Agreement ("Agreement").

2. The Agreement explicitly states that its terms are confidential.

3. The Agreement should be filed under seal.

DATED: October 31, 2007

JEFFER, MANGELS, BUTLER & MARMARO LLP
JEFFREY K. RIFFER

By: *--S-- JEFFREY K. RIFFER*
       JEFFREY K. RIFFER
Attorneys for Defendant JUPITERIMAGES CORP.

DATED: October 31, 2007

LAW OFFICES OF STEVEN B. STEIN
STEVEN B. STEIN

By: *--S-- STEVEN B. STEIN*
       STEVEN B. STEIN
Attorneys for Plaintiffs STEVE SHAPIRO and STEVE SHAPIRO MUSIC