1   JEFFER, MANGELS, BUTLER & MARMARO LLP
    JEFFREY K. RIFFER (Bar No. 87016) (Jriffer@jmbm.com)
2   1900 Avenue of the Stars
    Seventh Floor
3   Los Angeles, CA 90067-4308
    Telephone:    310 203-8080
4   Facsimile:    310 203-0567

5   Attorneys for Defendant JUPITERIMAGES CORP.

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11

12  STEVE SHAPIRO and STEVE SHAPIRO       CASE NO.    3:07-CV-5540  PJH
    MUSIC
13                                        JUPITERIMAGES CORPORATION'S
                Plaintiffs,               ADMINISTRATIVE MOTION TO SEAL ONE
14                                        DOCUMENT
        v.
15
    JUPITERIMAGES CORPORATION
16
                Defendant.
17

18

19

20

21

22

23

24

25

26

27

28

PRINTED ON

RECYCLED PAPER

4981330v1

1        PLEASE TAKE NOTICE THAT Defendant Jupitermedia Corporation ("defendant")

2 hereby moves for an order permitting the filing under seal one document attached to the Notice of

3 Removal, pursuant to Local Rule 79-5.

4

5        <u>ARGUMENT</u>

6        Civil L. R. paragraphs 79-5(b) and (d) provide that a party may request by motion, in

7 conformance with Civil L. R. 7-11, an order authorizing the sealing of part or all of a  document

8 which is to be filed with the Court.  The Rule provides the Court may issue a sealing order where

9 the information to be sealed is "privileged or protectable as a trade secret or otherwise entitled to

10 protection under the law."  The Rule further provides that "[t]he request must be narrowly tailored

11 to seek sealing only of sealable material…"  Civil L.R. 79-5(a).

12        Jupiterimages moves to file under seal certain portions of Asset Purchase Agreement

13 ("Agreement") that was attached as an exhibit to the state court Complaint.  The Agreement

14 explicitly states that its terms are confidential and may not be disclosed without Jupiterimages's

15 written consent (and there was no such consent).

16        Certain information in such Agreement is confidential and proprietary business

17 information and should not be in public federal court records, which can be easily accessed by

18 anyone -- including competitors and other parties that may enter into business relationships with

19 Jupiterimages -- through the PACER system.   Filing these pages of the Agreement under seal is

20 necessary to protect Jupiterimages's confidential and proprietary information. See Eisenberg Decl.

21 5-7.

22        Jupiterimages redacted these confidential and proprietary portions of the Agreement

23 and has enclosed unredacted portions as provided under the Local Rules.

24

25        This motion is unopposed.  Plaintiff stipulates to the filing under seal.  <u>See</u>

26 Stipulation, filed concurrently.

27

28

Jeffer Mangels
Butler & Marmaro LLP

JMBM

1

2                                    <u>CONCLUSION</u>

3          Based on the foregoing, Jupiterimages respectfully requests that the Court issue an

4   order, pursuant to Civil Local Rule 79-5(b), permitting Jupiterimages to file the unredacted pages of

5   the Agreement, submitted as Exhibit A to the instant motion, under seal.

6

7   DATED:  October 31, 2007              JEFFER, MANGELS, BUTLER & MARMARO LLP
                                          JEFFREY K. RIFFER
8
                                          By:_____*--S-- JEFFREY K. RIFFER*_____
9                                              JEFFREY K. RIFFER
                                           Attorneys for Defendant JUPITERIMAGES CORP.
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28