Steven B. Stein, Esq. [SBN 52829]
LAW OFFICES OF STEVEN B. STEIN
44 Montgomery Street, 36ʰ Floor
San Francisco, CA 94104
Telephone:    (415) 646-7171
Facsimile:    (415) 981-1095

Attorneys for Plaintiffs STEVE SHAPIRO and STEVE SHAPIRO MUSIC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE SHAPIRO and STEVE SHAPIRO MUSIC,<br><br>Plaintiffs,<br><br>-vs-<br><br>JUPITERIMAGES CORPORATION,<br><br>Defendant. | Case No. C07-05540 - PJH<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiffs, STEVE SHAPIRO and STEVE SHAPIRO MUISIC, demand a jury trial against defendant, JUPITERIMAGES CORPORATION.

Dated: November 2, 2007

_____
STEVEN B. STEIN
Attorneys for Plaintiff
STEVE SHAPIRO and STEVE SHAPIRO MUSIC

- 1 -