JEFFER, MANGELS, BUTLER & MARMARO LLP
JEFFREY K. RIFFER (Bar No. 87016) *(JRiffer@jmbm.com)*
1900 Avenue of the Stars
Seventh Floor
Los Angeles, CA 90067-4308
Telephone:    310 203-8080
Facsimile:     310 203-0567

Attorneys for Defendant JUPITERIMAGES CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVE SHAPIRO and STEVE SHAPIRO MUSIC,<br><br>            Plaintiffs,<br><br>     v.<br><br>JUPITERIMAGES CORPORATION,<br><br>            Defendant. | CASE NO.   3:07-CV-5540  PJH<br><br>CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTIES OF REMOVAL TO FEDERAL COURT |

1  TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      Ana Rivera certifies and declares as follows:

3      I am over the age of 18 years and not a party to this action.  My business address is
4  1900 Avenue of the Stars, 7th Floor, Los Angeles, CA 90067, which is located in the city, county
5  and state where the mailing described below took place.

6      On October 31, 2007, I deposited in the United States Mail at Los Angeles,
7  California, a copy of the Notice to Adverse Party of Removal to Federal Court dated October 31,
8  2007, a copy of which is attached to this Certificate.

9      I certify under penalty of perjury that the foregoing is true and correct.

10      I declare that I am employed in the office of a member of the bar of this court at
11  whose direction the service was made.

12      Executed on November 2, 200, in Los Angeles, California.

                *- /S/- ANA RIVERA  --*
                ANA RIVERA

PRINTED ON RECYCLED PAPER

4961740v1

- 1 -    CERTIFICATE OF SVC OF NTC OF REMOVAL TO FEDERAL COURT    Case: 3:07-CV-5540  PJH