# PROOF OF SERVICE

**STATE OF CALIFORNIA, CITY AND COUNTY OF LOS ANGELES**

I am employed in the City and County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 1900 Avenue of the Stars, 7th Floor, Los Angeles, California 90067.

On October 30, 2007, I served the document(s) described as: NOTICE TO ADVERSE PARTIES OF REMOVAL TO FEDERAL COURT; EISENBERG DECLARATION and an unsigned copy of this declaration on the interested parties in this action by placing a true copy thereof in a sealed envelope for deposit in the United States Postal Service for collection and mailing on that date following ordinary business practices, with postage fully prepaid, addressed to:

Steven B. Stein, Esq.
Law Offices of Steven B. Stein
44 Montgomery Street, 36th Floor
San Francisco, CA 94104
Tel: 415-646-7171; Fax: 415-981-1095
E-Mail: sbs@levinslaw.com

[ ] (BY MAIL) I am "readily familiar" with the firm's practice for collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X] (BY PERSONAL SERVICE) I delivered such envelope by hand to the offices of the addressee.

[ ] (BY OVERNIGHT DELIVERY) I caused said envelope(s) to be delivered overnight via Federal Express with Priority Overnight Service, in lieu of delivery by mail to the addressee(s).

[ ] (STATE)    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X] (FEDERAL)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 30, 2007 at Los Angeles, California.

*/s/ Ana Rivera*
Ana Rivera

## PROOF OF SERVICE

**STATE OF CALIFORNIA, CITY AND COUNTY OF LOS ANGELES**

  I am employed in the City and County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 1900 Avenue of the Stars, 7th Floor, Los Angeles, California 90067.

  On October 31, 2007, I served the document(s) described as: NOTICE TO ADVERSE PARTIES OF REMOVAL TO FEDERAL COURT and an unsigned copy of this declaration on the interested parties in this action by placing a true copy thereof in a sealed envelope for deposit in the United States Postal Service for collection and mailing on that date following ordinary business practices, with postage fully prepaid, addressed to:

  Steven B. Stein, Esq.
  Law Offices of Steven B. Stein
  44 Montgomery Street, 36th Floor
  San Francisco, CA 94104
  Tel: 415-646-7171; Fax: 415-981-1095
  E-Mail: sbs@levinslaw.com

[X] (BY MAIL) I am "readily familiar" with the firm's practice for collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] (BY PERSONAL SERVICE) I delivered such envelope by hand to the offices of the addressee.

[ ] (BY OVERNIGHT DELIVERY) I caused said envelope(s) to be delivered overnight via Federal Express with Priority Overnight Service, in lieu of delivery by mail to the addressee(s).

[X] (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[ ] (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

  Executed on October 31, 2007 at Los Angeles, California.

*/s/ Ana Rivera*
_____
Ana Rivera