1  JEFFER, MANGELS, BUTLER & MARMARO LLP
   JEFFREY K. RIFFER (Bar No. 87016) *(JRiffer@jmbm.com)*
2  1900 Avenue of the Stars
   Seventh Floor
3  Los Angeles, CA 90067-4308
   Telephone:    310 203-8080
4  Facsimile:    310 203-0567

5  Attorneys for Defendant JUPITERIMAGES CORP.

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

12 STEVE SHAPIRO and STEVE SHAPIRO         CASE NO.   3:07-CV-5540  PJH
   MUSIC,
13
             Plaintiffs,                   CERTIFICATE OF SERVICE RE
14                                         MISCELLANEOUS DOCUMENTS
       v.                                  RECEIVED FROM THE COURT AT
15                                         INITIAL FILING
   JUPITERIMAGES CORPORATION,
16
             Defendant.

1  TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      Ana Rivera certifies and declares as follows:

3      I am over the age of 18 years and not a party to this action. My business address is

4  1900 Avenue of the Stars, 7th Floor, Los Angeles, CA 90067, which is located in the city, county

5  and state where the mailing described below took place.

6      On November 1, 2007, I served the following miscellaneous documents received

7  from the Court at initial filing described as:

8      1)    ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER RE REMOVED CASES;

9

10      2)    WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO;

11      3)    DROP BOX FILING PROCEDURES;

12      4)    USDC NORTHERN CALIFORNIA ECF REGISTRATION INFORMATION HANDOUT; and

13

14      5)    NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION

15      on the interested parties in this action by placing a true copy thereof in a sealed

16  envelope for deposit in the United States Postal Service for collection and mailing on that date

17  following ordinary business practices, with postage fully prepaid, addressed to:

18      Steven B. Stein, Esq.
    Law Offices of Steven B. Stein
19      44 Montgomery Street, 36th Floor
    San Francisco, CA 94104
20      Tel: 415-646-7171; Fax: 415-981-1095
21      E-Mail: sbs@levinslaw.com

22  I certify under penalty of perjury that the foregoing is true and correct.

23  I declare that I am employed in the office of a member of the bar of this court at

24  whose direction the service was made.

25      Executed on November 1, 2007 in Los Angeles, California.

26

27      *- /S/- ANA RIVERA --*
    ANA RIVERA

28