1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                         SAN FRANCISCO DIVISION

11

12  STEVE SHAPIRO and STEVE SHAPIRO          CASE NO.      3:07-CV-5540  PJH
    MUSIC,
13                                           [PROPOSED] ORDER GRANTING
                Plaintiffs,                  ADMINISTRATIVE MOTION TO FILE ONE
14                                           DOCUMENT UNDER SEAL

15      v.

16  JUPITERIMAGES CORPORATION,

17              Defendant.

18

19          Having considered the Administrative Motion of Defendant Jupiterimages

20  Corporation for an order permitting the filing under seal of one document, and the declaration and

21  Stipulation submitted in support thereof, and good cause having been shown,

22          IT IS HEREBY ORDERED that Defendant's motion is GRANTED, and Defendant

23  shall file under seal the following portions of the Asset Purchase Agreement, an exhibit to the state

24  court Complaint that was removed to this Court: the purchase price and escrow amounts; the

25  number of music tracks purchased; Section 4.1(m) (website operations); Section 4.1(o) (certain

26  links on a website); and Section 4.1(p) (post-closing obligations).

27

28  Date: November _____ 2007          _____

[PROPOSED] ORDER GRANTING ADMIN MTN
TO FILE CERTAIN DOCUMENTS UNDER SEAL

JMBM | Jeffer Mangels
Butler & Marmaro LLP