1  JEFFER, MANGELS, BUTLER & MARMARO LLP
   JEFFREY K. RIFFER (Bar No. 87016) (JRiffer@jmbm.com)
2  1900 Avenue of the Stars
   Seventh Floor
3  Los Angeles, CA 90067-4308
   Telephone:    310 203-8080
4  Facsimile:    310 203-0567

5  Attorneys for Defendant JUPITERIMAGES CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| STEVE SHAPIRO and STEVE SHAPIRO MUSIC, | CASE NO.   3:07-CV-5540 PJH |
|---|---|
| Plaintiffs, | DEFENDANT JUPITERIMAGES CORPORATION'S REQUEST FOR JUDICIAL NOTICE RE JUPITERIMAGES'S MOTION TO DISMISS |
| v. | |
| JUPITERIMAGES CORPORATION, | Date:   December 12, 2007
Time:   9:00 a.m.
Place:  Courtroom 3 |
| Defendant. | |

1  Defendant Jupiterimages Corp. ("Jupiterimages") requests that the Court take judicial
2  notice pursuant to Fed.R.Evid. 201 of the following document in connection with Jupiterimages's
3  motion to dismiss:
4      1.    The Connecticut Federal District Court Complaint in Jupiterimages
5  Corporation v. Steve Shapiro, doing business as Steve Shapiro Music. United States District Court
6  for the District of Connecticut. Case No. 307 CV 1614 (JBA). A true and correct copy of such
7  Complaint is attached hereto as Exhibit A.

8  DATED: November 6, 2007        JEFFER, MANGELS, BUTLER & MARMARO LLP
                                         JEFFREY K. RIFFER

10                                 By: --S-- *JEFFREY K. RIFFER*
11                                     JEFFREY K. RIFFER
                                    Attorneys for Defendant JUPITERIMAGES CORP.