UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVE SHAPIRO and STEVE SHAPIRO MUSIC,<br><br>    Plaintiffs,<br><br>    v.<br><br>JUPITERIMAGES CORPORATION,<br><br>    Defendant. | CASE NO.   3:07-CV-5540 PJH<br><br>DENYING<br>[~~PROPOSED~~] ORDER ~~GRANTING~~ ADMINISTRATIVE MOTION TO FILE ONE DOCUMENT UNDER SEAL |

Having considered the Administrative Motion of Defendant Jupiterimages Corporation for an order permitting the filing under seal of one document, and the declaration and Stipulation submitted in support thereof, and good cause having been shown,

IT IS HEREBY ORDERED that Defendant's motion is GRANTED, and Defendant shall file under seal the following portions of the Asset Purchase Agreement, an exhibit to the state court Complaint that was removed to this Court: the purchase price and escrow amounts; the number of music tracks purchased; Section 4.1(____); ____ Section 4.1(o) (certain links on a website); and Section 4.1(p) (post-

Date: November ___6___ 2007    _____

DENIED
Judge Phyllis J. Hamilton

[PROPOSED] ORDER GRANTING ADMIN MTN TO FILE CERTAIN DOCUMENTS UNDER SEAL

4981354v1

PRINTED ON RECYCLED PAPER

JMBM Jeffer Mangels Butler & Marmaro LLP