1   JEFFER, MANGELS, BUTLER & MARMARO LLP
    JEFFREY K. RIFFER (Bar No. 87016) (JRiffer@jmbm.com)
2   1900 Avenue of the Stars
    Seventh Floor
3   Los Angeles, CA 90067-4308
    Telephone:    310-203-8080
4   Facsimile:    310-203-0567

5   Attorneys for Defendant JUPITERIMAGES CORP.

6

7

8                      UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12  STEVE SHAPIRO and STEVE SHAPIRO          CASE NO.        3:07-CV-5540  PJH
    MUSIC,
13                                           JUPITERIMAGES CORP.'S NOTICE OF
                Plaintiffs,                  WITHDRAWAL OF MOTION TO DISMISS
14                                           COMPLAINT
         v.
15                                           
    JUPITERIMAGES CORPORATION,               Date:    December 12, 2007
16                                           Time:    9:00 a.m.
                Defendant.                   Place:   Courtroom 3
17

18

19

20

21

22

23

24

25

26

27

28

PRINTED ON

RECYCLED PAPER

5026204v1

JMBM  Jeffer Mangels
      Butler & Marmaro LLP

1    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2          Plaintiffs filed a Complaint for declaratory relief.  The Complaint was incorrectly

3 drafted and declaratory relief was improper.

4          Jupiterimages Corporation ("Jupiterimages") filed a motion to dismiss the

5 Complaint.  The motion cited several cases, directly on point, holding that declaratory relief was

6 improper.

7          Instead of dismissing the Complaint, plaintiffs persist in their wrongful conduct by

8 filing a First Amended Complaint ("FAC").  However, in light of the filing of the FAC,

9 Jupiterimages hereby files this Notice of withdrawal of motion to dismiss the original Complaint.

10          The FAC's request for declaratory relief is just as improper as the initial Complaint.

11 Jupiterimages will file a new motion to dismiss the FAC shortly.

12 DATED:  November 20, 2007          JEFFER, MANGELS, BUTLER & MARMARO LLP
                                       JEFFREY K. RIFFER

13

14            By:    */S/  JEFREY K. RIFFER*

15                 JEFFREY K. RIFFER
          Attorneys for Defendant JUPITERIMAGES CORP.

16

17

18

19

20

21

22

23

24

25

26

27

28