1  JEFFER, MANGELS, BUTLER & MARMARO LLP
   JEFFREY K. RIFFER (Bar No. 87016) (JRiffer@jmbm.com)
2  1900 Avenue of the Stars
   Seventh Floor
3  Los Angeles, CA 90067-4308
   Telephone:    310 203-8080
4  Facsimile:    310 203-0567

5  Attorneys for Defendant JUPITERIMAGES CORP.

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

| STEVE SHAPIRO and STEVE SHAPIRO MUSIC, | CASE NO.    3:07-CV-5540 PJH |
|---|---|
| Plaintiffs, | DEFENDANT JUPITERIMAGES CORPORATION'S REQUEST FOR JUDICIAL NOTICE RE JUPITERIMAGES' MOTION TO DISMISS FIRST AMENDED COMPLAINT |
| v. | |
| JUPITERIMAGES CORPORATION, | Date:   January 9, 2008 |
| Defendant. | Time:   9:00 a.m. |
| | Place:  Courtroom 3 |

PRINTED ON
RECYCLED PAPER

5027216v1

REQUEST FOR JUDICIAL NTC re MTN
TO DISMISS FAC Case No. 3:07-CV-5540 PJH

1       Defendant Jupiterimages Corp. ("Jupiterimages") requests that the Court take judicial notice pursuant to Fed.R.Evid. 201 of the following document in connection with Jupiterimages' motion to dismiss:

      1.    The Connecticut Federal District Court Complaint in Jupiterimages Corporation v. Steve Shapiro, doing business as Steve Shapiro Music. United States District Court for the District of Connecticut. Case No. 307 CV 1614 (JBA). A true and correct copy of such Complaint is attached hereto as Exhibit A.

DATED: November 21, 2007      JEFFER, MANGELS, BUTLER & MARMARO LLP
                                             JEFFREY K. RIFFER

                                             By: *--S-- JEFFREY K. RIFFER*
                                                  JEFFREY K. RIFFER
                                         Attorneys for Defendant JUPITERIMAGES CORP.