Steven B. Stein, Esq. [SBN 52829]
**LAW OFFICE OF STEVEN B. STEIN**
44 Montgomery Street, 36th Floor
San Francisco, CA 94104
Tel.: (415) 646-7171
Fax: (415) 981-1095

Attorneys for Plaintiffs, STEVE SHAPIRO
and STEVE SHAPIRO MUSIC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE SHAPIRO and STEVE SHAPIRO MUSIC, <br><br> Plaintiffs, <br><br> vs. <br><br> JUPITERIMAGES CORPORATION, <br><br> Defendant. | Case No. 3:07-CV-5540 PJH <br><br> **DECLARATION OF STEVEN SHAPIRO IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THE COMPLAINT OR, IN THE ALTERNATIVE, FOR A STAY** <br><br> Hearing Date: January 9, 2008 <br> Time       : 9:00 a.m. <br> Location    : Courtroom 3 |

I, Steven Shapiro, do hereby declare under penalty of perjury that the following is true and correct and I would testify to same in person if called upon to do so:

1. I am the plaintiff herein. I have personal knowledge of the matters stated herein and if called as a witness, could and would competently testify thereto.

2. I have been a Bay Area resident for the past thirty years. For the past thirty five years I have been a composer of original background music for film, TV, radio and video.

3. In that context and over the thirty five years I developed the Steve Shapiro Music Library which consisted of approximately 7,200 individual music tracks (solely consisting of music and rhythm, with no lyrics), all of which were titled and organized to reflect musical descriptions and specific visual images.

---

DECLARATION OF STEVEN SHAPIRO IN SUPPORT OF OPPOSITION TO MOTION
TO DISMISS THE COMPLAINT OR, IN THE ALTERNATIVE, FOR A STAY
Case No. 3:07-CV-5540 PJH

4. These music tracks were utilized in the production of various types of audio-visual presentations as background music.

5. As an example, if a visual image was of a scene in France, music that "sounded French" was connected to an audio impression and was located in the library through a key word. If the visual image was dancing in France, that additional audio impression would be located by key word. The same would apply if the dancing in France was in the rain.

6. I started music lessons and played music on the flute and piano when I was five years old.

7. I entered Brown University in 1964 at age 16, at which time I had been playing the piano and flute most of my life. I entered college to study science, but soon transferred to the Music Department. Brown had one of the first electronic music studios, which resulted in access to four-track tape recorders, high quality microphones, and one of the first Moog synthesizers in the world.

8. As a student, I started writing music in the traditional fashion - composing each instrument's part note by note and writing it out in traditional musical notation. I wrote original pieces but also created my own arrangements of classical compositions by Vivaldi, Bach, Mozart, and others that could be played by fellow students.

9. With access to the Brown studio, I recorded compositions and arrangements. If I made up a tune or a new arrangement, my fellow students would play the instruments. Although I did not know it at the time, the tracks I created over thirty yeas ago ultimately became the nucleus of the Steven Shapiro Music Library.

10. These first tracks were recorded on quarter-inch analog tape, with several tracks on each tape and descriptions written on the tape box. That was my original filing system. I was not at that time thinking of these recordings as a "library", but merely exercises that helped me as a music student.

7. In the studio I learned how to add more tracks "on top" of existing tracks to create a much bigger orchestral sound and how to add electronic sounds with the Moog synthesizer. It was the time of the revolution in the 1960's, when technology allowed the merging of classical, jazz and pop music.

8. What happened as well was the meaning of *"writing"* music changed and became less bound to traditional notation. As jazz musicians had known how to do for years, all musicians were learning to improvise and create new music in the studio using the technology and working together.

9. After graduating from Brown with a B.A. in music, I went to the Manhattan School of Music in New York for a Masters degree, where I continued to compose, arrange, and record as part of his advanced musical education.

10. I entered the "music business" in 1970 when I was hired in New York City as a music editor at Ross Gaffney, a large organization providing sound for motion pictures, commercials and television. As a music editor, my job was to choose music for a piece of film and "edit" it to "fit" the image on the screen. Editing in the 1970's involved physically cutting a piece of analog tape so that musical score reflected and tracked pictorial events.

11. With access to a recording studio at Ross Gaffney, I continued to write, produce and record music. I hired studio musicians to record music that I wrote and sometimes asked the musicians to improvise on certain chords to elicit a particular mood and feeling. Sometimes the musicians were paid a session fee, and sometimes it was just for fun. This process represented a change in the composing process. Not every note had to be written down. The process was more collaborative with various musicians adding their creative input and not just playing notes on a page.

12. In 1975, I left New York City and moved to California. I have resided here continuously since that year. I became music director of Harcourt Brace Jovanovich, a large educational publishing company in San Francisco. In 1980, Harcourt Brace bought Sea World and moved to San Diego. I stayed in San Francisco and started Steve Shapiro Music Service.

13. To supplement the library of my own compositions I bought various needle drop and buyout music libraries. These libraries were on 1/4" analog tape or vinyl. Later in that decade, CDs were available. I would use the library to try different types of music against picture and to get client feedback and would then usually compose and record an original piece of music based on the feel and style of the library track. The Library became an indispensable tool that allowed me to ascertain a client's needs and wishes.

14. As the Library expanded, I saw the need to find different musical styles quickly. With the advent of computer databases, this possibility became a reality with a database management program called Filemaker Pro. Before this, I simply had old-fashioned three ring binders with notes about each track.

15. With Filemaker, I could type classify all the tracks according to descriptive keywords. If I wanted to find "lyrical orchestral," all the tracks that contained music with that phrase or those words as descriptive keywords would come on the screen and tell him where I could find each track.

16. Of course, I needed to go through each track and input these descriptive phrases. This turned out to be an on-going process since it became obvious that the more detailed phrases each record contained, the better the database. So, over a period of years I would pull up a track and add more description to a particular track's list of keywords. The real power of the database was that it allowed me to put everything into one searchable database. All the commercial libraries and his original compositions were now all in one database.

17. As technology changed, the library was transferred from analog tapes to digital tapes (DAT), then to CDs, and finally to files on computer hard drives. With these changes the database needed to reflect where to find the various tracks on each new medium. – i.e. DAT tape number, CD number or computer file name.

18. As the year 2000 approached, there were fears that Filemaker Pro 2, which was used in 1999, was not Y2K compliant. I upgraded it to Filemaker 3, as recommended. After Y2K passed, it turned out that Filemaker 2 was not affected by Y2K and he went back to Filemaker 2, mostly because I had gotten used to it and it seemed to do everything I wanted. Over the next few years, I upgraded Filemaker several times, stopping at Filemaker Pro 6.

19. In 2005, after years of planning, the Steve Shapiro Music Library was out on-line, using the Filemaker Pro 6 database.

20. By 2005, the library had over 7000 plus tracks from various sources, which included my own compositions, needle drop music libraries, buyout music libraries, and compositions that were given to him by other composers with the understanding that they would receive a needle drop fee if the track was ever used.

21. In late 2005 I received a phone call from Mike Bielenberg in Atlanta, Georgia, a Jupiter Images manager, stating that my "ship has come in". Mike explained that Jupiter Images, a publicly traded company, was starting an internet music sales company and wanted to buy my entire library for their new venture.

22. I told Mike Bielenberg that I did now own the rights to each track in the library, and that a substantial number were needle drops and buy-out tracks. I said I would have to pare down the library from 7000 and remove those compositions that belonged to other people. Through the use of the Filemaker database of 7000 tracks, I removed those tracks based on the Filemaker records.

23. The library was pared down to 2225 tracks and the Asset Purchase Agreement was signed.

24. Knowing the library had been winnowed down from 7000 tracks to 2225 tracks, to meet Jupiter's concern I might inadvertently transfer tracks to which I did not have rights, I agreed that one-half of the contract purchase price would be withheld in escrow for a year to cover any indemnity obligations.

25. It is not in dispute that for reasons that will be shown to be inadvertent and unintentional (which reasons have orally been explained to Jupiter), approximately 400 of the transferred tracks did not meet the warrantee and representation clause of the contract.

26. I will, of course have and will in the future meet my indemnity obligations as to these tracks as defined in paragraph 5.1 of the contract.

27. However I categorically deny that I had committed fraud or willful misconduct in inadvertently including the 400 tracks to which I did not have the right to transfer.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct and that this declaration was executed on December 19, 2007 at Oakland, California.

*Steven Shapiro*

Steven Shapiro

---

DECLARATION OF STEVEN SHAPIRO IN SUPPORT OF OPPOSITION TO MOTION
TO DISMISS THE COMPLAINT OR, IN THE ALTERNATIVE, FOR A STAY
Case No. 3:07-CV-5540 PJH