|   |   |   |
|---|---|---|
| 1 | Steven B. Stein, Esq. [SBN 52829] | |
|   | **LAW OFFICE OF STEVEN B. STEIN** | |
| 2 | 44 Montgomery Street, 36th Floor | |
|   | San Francisco, CA 94104 | |
| 3 | Tel.: (415) 646-7171 | |
|   | Fax: (415) 981-1095 | |
| 4 | | |
|   | Attorneys for Plaintiffs, STEVE SHAPIRO | |
| 5 | and STEVE SHAPIRO MUSIC | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| STEVE SHAPIRO and STEVE SHAPIRO MUSIC, | ) Case No. 3:07-CV-5540 PJH |
|---|---|
| Plaintiffs, | ) **PROOF OF SERVICE** |
| vs. | ) Date: January 9, 2008 |
|   | ) Time: 9:00 a.m. |
| JUPITERIMAGES CORPORATION, | ) Location: Courtroom 3 |
| Defendant. | ) |

I certify that I am over the age of 18 years and not a party to the within action; that my business address is 44 Montgomery Street, 36th Floor, San Francisco, CA 94104; and that on this date I served a true copy of the document(s) entitled:

PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THE COMPLAINT OR, IN THE ALTERNATIVE, FOR A STAY

DECLARATION OF STEVEN B. STEIN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THE COMPLAINT OR, IN THE ALTERNATIVE, FOR A STAY

DECLARATION OF STEVEN SHAPIRO IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THE COMPLAINT OR, IN THE ALTERNATIVE, FOR A STAY

Service was effectuated by forwarding the above-noted document in the following manner:

**By Regular Mail** in a sealed envelope, addressed as noted above, with postage fully prepaid and placing it for collection and mailing following the ordinary business practices of Levin Simes Kaiser & Gornick.

**By Hand Delivery** in a sealed envelope, addressed as noted above, through services provided by the office of Levin Simes Kaiser & Gornick.

**By Facsimile** to the numbers as noted below by placing it for facsimile transmittal following the ordinary business practices of Levin Simes Kaiser & Gornick.

**By Overnight Courier** in a sealed envelope, addressed as noted above, through services provided by (Federal Express, UPS,) and billed to Levin Simes Kaiser & Gornick.

[X]    By Electronic Service by transmission through ECF (Electronic Case File Internet Site).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 19, 2007 at San Francisco, California.

Athena Stavrakaras