1  JEFFER, MANGELS, BUTLER & MARMARO LLP
   JEFFREY K. RIFFER (Bar No. 87016) (JRiffer@jmbm.com)
2  1900 Avenue of the Stars
   Seventh Floor
3  Los Angeles, CA 90067-4308
   Telephone:   310-203-8080
4  Facsimile:   310-203-0567

5  Attorneys for Defendant JUPITERIMAGES CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVE SHAPIRO and STEVE SHAPIRO MUSIC,<br><br>              Plaintiffs,<br><br>     v.<br><br>JUPITERIMAGES CORPORATION,<br><br>              Defendant. | CASE NO.     3:07-CV-5540  PJH<br><br>JUPITERIMAGES CORPORATION'S APPENDIX OF AUTHORITY  IN SUPPORT OF ITS MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO STAY<br><br>Date:    January 9, 2008<br>Time:   9:00 a.m.<br>Place:  Courtroom 3 |

1  Jupiterimages Corp. respectfully submits the following Appendix of Authority in
2  support of its in support of its motion to dismiss or, in the alternative, to stay:
3  EXHIBIT A
4  Administrative Office of the U.S. Courts, 2006 Judicial Business of the United States
5  Courts, relevant pages of which are attached.

DATED: December 26, 2007

JEFFER, MANGELS, BUTLER & MARMARO LLP
JEFFREY K. RIFFER

By: */S/ JEFREY K. RIFFER*
     JEFFREY K. RIFFER
Attorneys for Defendant JUPITERIMAGES CORP.