PLD-C-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| STEVEN B. STEIN (SBN 52829)<br>LAW OFFICE OF STEVEN B. STEIN<br>44 Montgomery Street, 36th Floor<br>San Francisco, CA 94104<br>TELEPHONE NO.: 415-646-7171   FAX NO. (Optional): 415-981-1095<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Plaintiffs, Steve Shapiro and Steve Shapiro Music | ENDORSED<br>FILED<br>San Francisco County Superior Court<br>SEP 27 2007<br>GORDON PARK-LI, Clerk<br>BY: _____ Deputy Clerk |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO<br>STREET ADDRESS: 400 McAllister Street<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: San Francisco, CA 94102<br>BRANCH NAME: | |
| PLAINTIFF: STEVE SHAPIRO and STEVE SHAPIRO MUSIC | CASE MANAGEMENT CONFERENCE SET |
| DEFENDANT: JUPITERIMAGES CORPORATION | FEB 29 2008 -9:00AM |
| ☑ DOES 1 TO 10 | DEPARTMENT 212 |
| CONTRACT<br>☑ COMPLAINT    ☐ AMENDED COMPLAINT (Number):<br>☐ CROSS-COMPLAINT   ☐ AMENDED CROSS-COMPLAINT (Number): | |
| Jurisdiction (check all that apply):<br>☐ ACTION IS A LIMITED CIVIL CASE<br>Amount demanded ☐ does not exceed $10,000<br>☐ exceeds $10,000 but does not exceed $25,000<br>☑ ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)<br>☐ ACTION IS RECLASSIFIED by this amended complaint or cross-complaint<br>☐ from limited to unlimited<br>☐ from unlimited to limited | CASE NUMBER:<br>CGC-07-467713 |

1. Plaintiff (name or names):
   Steve Shapiro and Steve Shapiro Music
   alleges causes of action against defendant* (name or names):
   Jupiterimages Corporation
2. This pleading, including attachments and exhibits, consists of the following number of pages: 10
3. a. Each plaintiff named above is a competent adult
   ☐ except plaintiff (name):
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity (describe):
      (3) ☐ other (specify):

   b. ☐ Plaintiff (name):
      a. ☐ has complied with the fictitious business name laws and is doing business under the fictitious name (specify):
      b. ☐ has complied with all licensing requirements as a licensed (specify):
   c. ☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3c.
4. a. Each defendant named above is a natural person
      ☑ except defendant (name): Jupiterimages Corp.    ☐ except defendant (name):
         (1) ☐ a business organization, form unknown        (1) ☐ a business organization, form unknown
         (2) ☑ a corporation                                (2) ☐ a corporation
         (3) ☐ an unincorporated entity (describe):         (3) ☐ an unincorporated entity (describe):
         (4) ☐ a public entity (describe):                  (4) ☐ a public entity (describe):
         (5) ☐ other (specify):                             (5) ☐ other (specify):

* If this form is used as a cross-complaint, plaintiff means cross-complainant and defendant means cross-defendant.

Form Approved for Optional Use<br>
Judicial Council of California<br>
PLD-C-001 [Rev. January 1, 2007]

COMPLAINT—Contract

Page 1 of 2<br>
Code of Civil Procedure, § 425.12<br>
American LegalNet, Inc.<br>
www.FormsWorkflow.com

EXHIBIT A  PAGE 3

000088

EXHIBIT A

PLD-C-001

| SHORT TITLE: Shapiro et al. v. Jupiterimages Corp. | CASE NUMBER: |
|---|---|

4. *(Continued)*
   b. The true names of defendants sued as Does are unknown to plaintiff.
      (1) ☐ Doe defendants *(specify Doe numbers):* _____ were the agents or employees of the named defendants and acted within the scope of that agency or employment.
      (2) ☑ Doe defendants *(specify Doe numbers):* 1-10 _____ are persons whose capacities are unknown to plaintiff.
   c. ☐ Information about additional defendants who are not natural persons is contained in Attachment 4c.
   d. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

5. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because *(specify):*

6. ☐ This action is subject to   ☐ Civil Code section 1812.10   ☐ Civil Code section 2984.4.
7. This court is the proper court because
   a. ☑ a defendant entered into the contract here.
   b. ☐ a defendant lived here when the contract was entered into.
   c. ☐ a defendant lives here now.
   d. ☑ the contract was to be performed here.
   e. ☐ a defendant is a corporation or unincorporated association and its principal place of business is here.
   f. ☐ real property that is the subject of this action is located here.
   g. ☐ other *(specify):*

8. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
   ☐ Breach of Contract
   ☐ Common Counts
   ☑ Other *(specify):*
   Declaratory Relief

9. ☐ Other allegations:

10. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. ☐ damages of: $
    b. ☐ interest on the damages
       (1) ☐ according to proof
       (2) ☐ at the rate of *(specify):* _____ percent per year from *(date):*
    c. ☐ attorney's fees
       (1) ☐ of: $
       (2) ☐ according to proof.
    d. ☑ other *(specify):*
       Declaratory Relief

11. ☐ The paragraphs of this pleading alleged on information and belief are as follows *(specify paragraph numbers):*

Date: September 28, 2007

Steven B. Stein                            ▶ _____
(TYPE OR PRINT NAME)                          (SIGNATURE OF PLAINTIFF OR ATTORNEY)

*(If you wish to verify this pleading, affix a verification.)*

PLD-C-001 [Rev. January 1, 2007]           **COMPLAINT—Contract**                        Page 2 of 2

EXHIBIT A PAGE 4

000077

PLD-C-001(1)

| SHORT TITLE: Shapiro et al. v. Jupiterimages Corp. | CASE NUMBER: |
|---|---|

First _____ CAUSE OF ACTION—  DECLARATORY RELIEF
(number)

ATTACHMENT TO   ☑ Complaint   ☐ Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

BC-1. Plaintiff *(name):* Steven Shapiro and Steven Shapiro Music

alleges that on or about *(date):* April 18, 2006
a ☑ written ☐ oral ☐ other *(specify):*
agreement was made between *(name parties to agreement):*
Plaintiff and Jupiterimages Music
☑ A copy of the agreement is attached as Exhibit A, or
☐ The essential terms of the agreement ☐ are stated in Attachment BC-1 ☐ are as follows *(specify):*

Asset Purchase Agreement, dated April 18, 2006. Exhibit A to the agreement omitted but incorporated herein by reference.

BC-2. On or about *(dates):* September 25, 2007
defendant breached the agreement by ☐ the acts specified in Attachment BC-2 ☑ the following acts *(specify):*

An actual controversy now exists between plaintiff and defendants concerning their respective rights, duties, and obligations under the aforesaid contract, specifically paragraphs 5.1 and 6.1 therein.

BC-3. Plaintiff has performed all obligations to defendant except those obligations plaintiff was prevented or excused from performing.

BC-4. Plaintiff suffered damages legally (proximately) caused by defendant's breach of the agreement
☐ as stated in Attachment BC-4 ☐ as follows *(specify):*

BC-5. ☐ Plaintiff is entitled to attorney fees by an agreement or a statute
☐ of $
☐ according to proof.

BC-6. ☑ Other:
Plaintiff desires a judicial determination and declaration of the parties' respective rights, duties and obligations under paragraphs 5.1 and 6.1 of said contract.

Page 3

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-C-001(1) [Rev. January 1, 2007]

**CAUSE OF ACTION—Breach of Contract**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov
American LegalNet, Inc.
www.FormsWorkflow.com

EXHIBIT __A__ PAGE __5__

000078