**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

<u>**CIVIL MINUTES**</u>

**Date: January 9, 2008**                                                                 **JUDGE:  Phyllis J. Hamilton**

**Case No: C-07-5540  PJH**

**Case Name:** Steve Shapiro, et al. v. Jupiterimages Corporation

**Attorney(s) for Plaintiff: Steven Stein**
**Attorney(s) for Deft: Jeffrey Riffer**

**Deputy Clerk**: Frank Justiliano          **Court Reporter**:  Debra Pas

**PROCEEDINGS**

Defendant's Motion to Dismiss held.   After hearing arguments from counsel the Court finds that the lawsuit would not be resolved and that the lawsuit was filed in apprehension of litigation.  There is no purpose served by having two federal court lawsuits and the Connecticut court is in a better position to deal with the state law.  Accordingly, the motion to dismiss is GRANTED.

**Order to be prepared by:**  the  Court

**Notes:**  Exhibit submitted to the Court during oral argument by Mr. Stein and objected to by Mr. Riffer was returned to Mr. Stein after the hearing.