1
2
3
4                    UNITED STATES DISTRICT COURT
5                   NORTHERN DISTRICT OF CALIFORNIA
6
7   STEVE SHAPIRO,
8
            Plaintiff(s),                    No. C 07-5540 PJH
9
        v.                                   **JUDGMENT**
10
    JUPITERIMAGES CORP.,
11
            Defendant(s).
12   _____/
13       This action came on for hearing before the court and the issues having been duly heard
14   and the court having granted defendant's motion to dismiss
15       it is Ordered and Adjudged
16       that the complaint is dismissed.
17       IT IS SO ORDERED.
18   Dated: January 18, 2008

                                             _____
                                             PHYLLIS J. HAMILTON
                                             United States District Judge