1

2

3

4

5

6

7

8

9

10

11

Jeffer Mangels
Butler & Marmaro LLP

JMBM

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVE SHAPIRO and STEVE SHAPIRO MUSIC,<br><br>Plaintiffs,<br><br>v.<br><br>JUPITERIMAGES CORPORATION,<br><br>Defendant. | CASE NO.    3:07-CV-5540  PJH<br><br>[PROPOSED] ORDER GRANTING DEFENDANT JUPITERIMAGES CORPORATION'S MOTION FOR ATTORNEY FEES<br><br>Date:    March 12, 2008<br>Time:    9:00 a.m.<br>Place:   Courtroom 3 |

Defendant Jupiterimages Corporation ("Jupiterimages" or "Defendant") has filed a motion for attorney fees.  The Court hereby grants such motion for the following reasons.

There was an Asset Purchase Agreement ("Agreement") between Plaintiffs Steve Shapiro and Steve Shapiro Music[1] (collectively "Shapiro) and Defendant Jupiterimages Corporation ("Jupiterimages").  The Agreement provides, in relevant part, that "[i]f either party employs attorneys to enforce any rights arising out of or relating to this Agreement, the prevailing party shall be entitled to recover reasonable attorney's fees."

---

[1] Steve Shapiro does business as Steve Shapiro Music; Steve Shapiro Music is an entity.

1    Plaintiff filed a declaratory relief lawsuit regarding the Agreement against

2  Jupiterimages in California.  That lawsuit was removed to this Court.  This Court granted

3  Jupiterimages' motion to dismiss because declaratory relief was improper in this Court.  This Court

4  then entered Judgment in favor of Jupiterimages.

5    As such, Jupiterimages is the prevailing party under the Agreement.

6    In addition, attorney fees are appropriate under the Court's inherent authority.

7    IT IS HEREBY ORDERED that Defendant's motion for attorney fees of $68,000 is

8  GRANTED.

9

10  Date: March _____ 2008    _____

11                                     HON. PHYLLIS J. HAMILTON

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PRINTED ON

RECYCLED PAPER

5155101v1

2    [PROP] ORDER GRANTING JUPITERIMAGE'S
      MTN TO DISMISS FAC Case No. 07-cv-05540-PJH