# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

STEVE SHAPIRO,

    Plaintiff(s),

v.

JUPITERIMAGES CORP.,

    Defendant(s).

No. C 07-5540 PJH

**JUDGMENT**

This action came on for hearing before the court and the issues having been duly heard and the court having granted defendant's motion to dismiss

it is Ordered and Adjudged

that the complaint is dismissed.

IT IS SO ORDERED.

Dated: January 18, 2008

PHYLLIS J. HAMILTON
United States District Judge

EXHIBIT B