# JMBM | Jeffer Mangels Butler & Marmaro LLP

A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
ATTORNEYS AT LAW
SEVENTH FLOOR
1900 AVENUE OF THE STARS
LOS ANGELES, CALIFORNIA 90067-4308
TELEPHONE: (310) 203-8080
FACSIMILE: (310) 203-0567

LOS ANGELES
SAN FRANCISCO
ORANGE COUNTY

Mitchell Eisenberg, Esq.
Jupitermedia Corp.
Jupiterimages Corp.
23 Old Kings Highway South
Darien, CT 06820

November 15, 2007
Invoice 1373303

Page 1

PLEASE INDICATE INVOICE AND MATTER # WITH REMITTANCE

Our Matter #   **67585-0002**                         For Services Through October 31, 2007
              **adv. Steve Shapiro; Steve Shapiro Music**

| | |
|---|---:|
| Total Current Fees for Professional Services ................................ $ | 12,658.00 |
| Total Current Costs ................................................................... $ | 478.87 |
| **Total Due** ................................................................................. $ | **13,136.87** |



EXHIBIT F

# JMBM
**Jeffer Mangels Butler & Marmaro LLP**

LOS ANGELES
SAN FRANCISCO
ORANGE COUNTY

A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
ATTORNEYS AT LAW
SEVENTH FLOOR
1900 AVENUE OF THE STARS
LOS ANGELES, CALIFORNIA 90067-4308
TELEPHONE: (310) 203-8080
FACSIMILE: (310) 203-0567

Mitchell Eisenberg, Esq.
Jupitermedia Corp.
Jupiterimages Corp.
23 Old Kings Highway South
Darien, CT 06820

November 15, 2007
Invoice 1373303

Page 2

PLEASE INDICATE INVOICE AND MATTER # WITH REMITTANCE

Our Matter # **67585-0002**                                  For Services Through October 31, 2007

**adv. Steve Shapiro; Steve Shapiro Music**

| Date | Attorney / Description | Hours / Rate | Amount |
|---|---|---|---|
| 10/03/07 | Jeffrey K. Riffer | 2.10 hrs. 530.00/hr | $ 1,113.00 |
| 10/04/07 | Reviewing complaint for declaratory relief and other emails and documents received. | | |
| | Brian Yates | 0.60 hrs. 250.00/hr | 150.00 |
| 10/08/07 | Review emails; prepare email to Mr. Eisenberg regarding Stein issues; telephone conference with Mr. Eisenberg re strategy; preliminary research regarding validity of motion to dismiss/stay/abstain declaratory relief Complaint | | |
| | Jeffrey K. Riffer | 2.60 hrs. 530.00/hr | 1,378.00 |
| 10/09/07 | Performing additional research regarding declaratory relief claims in state and federal court; researching potential causes of action against Shapiro. | | |
| | Brian Yates | 4.20 hrs. 250.00/hr | 1,050.00 |
| 10/09/07 | Review email; prepare email regarding strategy. | | |
| | Jeffrey K. Riffer | 0.80 hrs. 530.00/hr | 424.00 |
| 10/10/07 | Brian Yates | 0.60 hrs. 250.00/hr | 150.00 |

EXHIBIT F



# JMBM | Jeffer Mangels Butler & Marmaro LLP

LOS ANGELES
SAN FRANCISCO
ORANGE COUNTY

A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
ATTORNEYS AT LAW
SEVENTH FLOOR
1900 AVENUE OF THE STARS
LOS ANGELES, CALIFORNIA 90067-4308
TELEPHONE: (310) 203-8080
FACSIMILE: (310) 203-0567

Mitchell Eisenberg, Esq.
Jupitermedia Corp.
Jupiterimages Corp.
23 Old Kings Highway South
Darien, CT 06820

November 15, 2007
Invoice 1373303

Page 3

PLEASE INDICATE INVOICE AND MATTER # WITH REMITTANCE

| Date | Attorney | Hours | Rate | Amount |
|---|---|---|---|---|
| 10/11/07 | Jeffrey K. Riffer | 0.80 hrs. | 530.00/hr | 424.00 |
| 10/11/07 | Brian Yates | 0.50 hrs. | 250.00/hr | 125.00 |
| 10/23/07 | Telephone conference with Mr. Eisenberg and Ms. Sigel regarding strategy; analysis regarding strategy. Jeffrey K. Riffer | 0.40 hrs. | 530.00/hr | 212.00 |
| 10/24/07 | Jeffrey K. Riffer | 2.80 hrs. | 530.00/hr | 1,484.00 |
| 10/26/07 | Jeffrey K. Riffer | 1.80 hrs. | 530.00/hr | 954.00 |
| 10/29/07 | Prepare removal papers; prepare Eisenberg declaration. Jeffrey K. Riffer | 2.20 hrs. | 530.00/hr | 1,166.00 |
| 10/30/07 | Jeffrey K. Riffer | 3.80 hrs. | 530.00/hr | 2,014.00 |

EXHIBIT F

# JMBM
### Jeffer Mangels
### Butler & Marmaro LLP

A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
**ATTORNEYS AT LAW**
SEVENTH FLOOR
1900 AVENUE OF THE STARS
LOS ANGELES, CALIFORNIA 90067-4308
TELEPHONE: (310) 203-8080
FACSIMILE: (310) 203-0567

LOS ANGELES
SAN FRANCISCO
ORANGE COUNTY

Mitchell Eisenberg, Esq.
Jupitermedia Corp.
Jupiterimages Corp.
23 Old Kings Highway South
Darien, CT 06820

November 15, 2007
Invoice 1373303

Page 4

PLEASE INDICATE INVOICE AND MATTER # WITH REMITTANCE

10/31/07

| | | |
|---|---|---|
| Jeffrey K. Riffer | 3.80 hrs.  530.00/hr | 2,014.00 |
| Total Fees for Professional Services for this Matter for this Invoice ............ $ | | 12,658.00 |

**Chargeable Costs**

| | | |
|---|---|---|
| Computer Research | $ | 386.02 |
| Document Reproduction | | 92.85 |
| Total Chargeable Costs for this Matter for this Invoice ................................ $ | | 478.87 |
| Total Fees and Costs for this Matter for this Invoice .................................... $ | | 13,136.87 |
| Please Remit Total Balance Due .................................................................... $ | | 13,136.87 |

**\* \* REMITTANCE ADDRESS: P.O. BOX 513267 LOS ANGELES CALIFORNIA 90051-3267**

Calendar year cash basis taxpayers may want to pay this invoice by December 31, 2007 if it is tax deductible. Costs may have been incurred which are not reflected in this invoice. Costs are reflected on invoices when they are entered into our accounting system. They do not necessarily reflect the dates costs were incurred.

EXHIBIT F

# JMBM | Jeffer Mangels Butler & Marmaro LLP

LOS ANGELES
SAN FRANCISCO
ORANGE COUNTY

A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
**ATTORNEYS AT LAW**
SEVENTH FLOOR
1900 AVENUE OF THE STARS
LOS ANGELES, CALIFORNIA 90067-4308
TELEPHONE: (310) 203-8080
FACSIMILE: (310) 203-0567

Mitchell Eisenberg, Esq.
Jupitermedia Corp.
Jupiterimages Corp.
23 Old Kings Highway South
Darien, CT 06820

November 15, 2007
Invoice 1373303

Page 5

PLEASE INDICATE INVOICE AND MATTER # WITH REMITTANCE

Payment is due on all invoices upon presentation. A carrying charge will be added at a rate of 1% per month from the date of the invoice on those invoices not paid by the last day of the month following the month the invoice was issued.

The Firm is a California limited liability partnership.

EXHIBIT F