

# JMBM | Jeffer Mangels Butler & Marmaro LLP

A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
ATTORNEYS AT LAW
SEVENTH FLOOR
1900 AVENUE OF THE STARS
LOS ANGELES, CALIFORNIA 90067-4308
TELEPHONE: (310) 203-8080
FACSIMILE: (310) 203-0567

LOS ANGELES
SAN FRANCISCO
ORANGE COUNTY

Mitchell Eisenberg, Esq.
Jupitermedia Corp.
Jupiterimages Corp.
23 Old Kings Highway South
Darien, CT 06820

December 12, 2007
Invoice 1377337

Page 1

PLEASE INDICATE INVOICE AND MATTER # WITH REMITTANCE

Our Matter #  67585-0002                                    For Services Through November 30, 2007

**adv. Steve Shapiro; Steve Shapiro Music**

| | |
|---|---:|
| Total Current Fees for Professional Services ................................................ $ | 21,364.00 |
| Total Current Costs ............................................................................................ $ | 1,985.38 |
| Total Current Charges Due ................................................................................ $ | 23,349.38 |
| Past Due Balance for Professional Services and Costs .................................... $ | 13,136.87 |
| **Total Due** ........................................................................................................... $ | **36,486.25** |



EXHIBIT G

 **Jeffer Mangels Butler & Marmaro LLP**

A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
ATTORNEYS AT LAW
SEVENTH FLOOR
1900 AVENUE OF THE STARS
LOS ANGELES, CALIFORNIA 90067-4308
TELEPHONE: (310) 203-8080
FACSIMILE: (310) 203-0567

LOS ANGELES
SAN FRANCISCO
ORANGE COUNTY

Mitchell Eisenberg, Esq.
Jupitermedia Corp.
Jupiterimages Corp.
23 Old Kings Highway South
Darien, CT 06820

December 12, 2007
Invoice 1377337

Page 2

PLEASE INDICATE INVOICE AND MATTER # WITH REMITTANCE

Our Matter # 67585-0002                                      For Services Through November 30, 2007

**adv. Steve Shapiro; Steve Shapiro Music**

| Date | Description | Timekeeper | Hours/Rate | Amount |
|---|---|---|---|---|
| 11/01/07 | Review emails regarding strategy; send emails regarding strategy; prepare motion to dismiss; telephone conference with Mr. Stein; prepare Notice of Related Case; prepare Response to Diversity Issues per Standing Order; prepare emails regarding strategy. | Jeffrey K. Riffer | 5.10 hrs. 530.00/hr | $ 2,703.00 |
| 11/02/07 | Telephone conference with Mr. Eisenberg, Ms. Sigel, Mr. Edelstein and Ms. Ericson regarding strategy; prepare motion to dismiss. | Jeffrey K. Riffer | 4.80 hrs. 530.00/hr | 2,544.00 |
| 11/03/07 | Prepare motion to dismiss. | Jeffrey K. Riffer | 5.40 hrs. 530.00/hr | 2,862.00 |
| 11/04/07 | Prepare motion to dismiss. | Jeffrey K. Riffer | 3.20 hrs. 530.00/hr | 1,696.00 |
| 11/05/07 | Prepare motion to dismiss and related papers; review emails regarding strategy; send emails regarding strategy. | Jeffrey K. Riffer | 3.60 hrs. 530.00/hr | 1,908.00 |
| 11/05/07 | KeyCite cases. | AnnMarie Lariccia | 0.40 hrs. 175.00/hr | 70.00 |
| 11/06/07 | Prepare motion to dismiss; prepare emails regarding strategy; review emails regarding strategy. | Jeffrey K. Riffer | 1.20 hrs. 530.00/hr | 636.00 |
| 11/07/07 | Prepare emails regarding strategy; review emails. | Jeffrey K. Riffer | 0.60 hrs. 530.00/hr | 318.00 |

EXHIBIT G



# JMBM | Jeffer Mangels Butler & Marmaro LLP

LOS ANGELES
SAN FRANCISCO
ORANGE COUNTY

A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
ATTORNEYS AT LAW
SEVENTH FLOOR
1900 AVENUE OF THE STARS
LOS ANGELES, CALIFORNIA 90067-4308
TELEPHONE: (310) 203-8080
FACSIMILE: (310) 203-0567

Mitchell Eisenberg, Esq.
Jupitermedia Corp.
Jupiterimages Corp.
23 Old Kings Highway South
Darien, CT 06820

December 12, 2007
Invoice 1377337

Page 3

PLEASE INDICATE INVOICE AND MATTER # WITH REMITTANCE

| Date | Description | Timekeeper | Hours/Rate | Amount |
|---|---|---|---|---|
| 11/09/07 | Review emails regarding strategy; send emails regarding strategy. | Jeffrey K. Riffer | 0.30 hrs. 530.00/hr | 159.00 |
| 11/10/07 | Research regarding compelled self-disclosure doctrine cases as analogy of Asset Purchase Agreement disclosure; send emails with such analysis. | Jeffrey K. Riffer | 1.20 hrs. 530.00/hr | 636.00 |
| 11/17/07 | | Brian Yates | 2.50 hrs. 250.00/hr | 625.00 |
| 11/19/07 | Review and analysis regarding First Amended Complaint; review Stein email; prepare emails to Mr. Eisenberg regarding strategy. | Jeffrey K. Riffer | 0.90 hrs. 530.00/hr | 477.00 |
| 11/20/07 | Telephone conference with Mr. Eisenberg, Ms. Sigel, Mr. Edelstein regarding strategy; analysis regarding strategy; review Stein's numerous emails; prepare responses to Sein's emails; prepare motion to dismiss First Amended Complaint. | Jeffrey K. Riffer | 3.20 hrs. 530.00/hr | 1,696.00 |
| 11/21/07 | Prepare motion to dismiss First Amended Complaint; review Stein emails; prepare responses to Stein emails; prepare emails to Mr. Eisenberg and Ms. Sigel; review emails from Mr. Eisenberg and Ms. Sigel. | Jeffrey K. Riffer | 3.80 hrs. 530.00/hr | 2,014.00 |
| 11/27/07 | | Brian Yates | 2.30 hrs. 250.00/hr | 575.00 |

EXHIBIT G



# JMBM | Jeffer Mangels Butler & Marmaro LLP

LOS ANGELES
SAN FRANCISCO
ORANGE COUNTY

A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
ATTORNEYS AT LAW
SEVENTH FLOOR
1900 AVENUE OF THE STARS
LOS ANGELES, CALIFORNIA 90067-4308
TELEPHONE: (310) 203-8080
FACSIMILE: (310) 203-0567

Mitchell Eisenberg, Esq.
Jupitermedia Corp.
Jupiterimages Corp.
23 Old Kings Highway South
Darien, CT 06820

December 12, 2007
Invoice 1377337

Page 4

PLEASE INDICATE INVOICE AND MATTER # WITH REMITTANCE

| Date | Description | Hours/Rate | Amount |
|---|---|---|---|
| 11/27/07 | Review Stein email regarding mediation motion; prepare emails regarding Stein email; review emails; research regarding dismissal of declaratory relief complaints; prepare detailed response letter to Stein regarding dismissal of declaratory relief complaint. | | |
| | Jeffrey K. Riffer | 3.20 hrs. 530.00/hr | 1,696.00 |
| 11/28/07 | Brian Yates | 1.30 hrs. 250.00/hr | 325.00 |
| 11/28/07 | Jeffrey K. Riffer | 0.40 hrs. 530.00/hr | 212.00 |
| 11/30/07 | Jeffrey K. Riffer | 0.40 hrs. 530.00/hr | 212.00 |

Total Fees for Professional Services for this Matter for this Invoice ............. $ 21,364.00

**Chargeable Costs**

| | | |
|---|---|---|
| Attorney Service/Messenger | $ | 740.00 |
| Computer Research | | 1,186.76 |
| Document Reproduction | | 33.75 |

EXHIBIT G



# JMBM
## Jeffer Mangels Butler & Marmaro LLP

A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
ATTORNEYS AT LAW
SEVENTH FLOOR
1900 AVENUE OF THE STARS
LOS ANGELES, CALIFORNIA 90067-4308
TELEPHONE: (310) 203-8080
FACSIMILE: (310) 203-0567

LOS ANGELES
SAN FRANCISCO
ORANGE COUNTY

Mitchell Eisenberg, Esq.
Jupitermedia Corp.
Jupiterimages Corp.
23 Old Kings Highway South
Darien, CT 06820

December 12, 2007
Invoice 1377337

Page 5

PLEASE INDICATE INVOICE AND MATTER # WITH REMITTANCE

| | |
|---|---:|
| Overnight Delivery | 24.87 |
| Total Chargeable Costs for this Matter for this Invoice .................................. $ | 1,985.38 |
| Total Fees and Costs for this Matter for this Invoice ...................................... $ | 23,349.38 |
| Unpaid balance on this matter ............................................................................ $ | 13,136.87 |
| Please Remit Total Balance Due ........................................................................ $ | 36,486.25 |

**\* \* REMITTANCE ADDRESS: P.O. BOX 513267 LOS ANGELES CALIFORNIA 90051-3267**

Calendar year cash basis taxpayers may want to pay this invoice by December 31, 2007 if it is tax deductible. Costs may have been incurred which are not reflected in this invoice. Costs are reflected on invoices when they are entered into our accounting system. They do not necessarily reflect the dates costs were incurred.

Payment is due on all invoices upon presentation. A carrying charge will be added at a rate of 1% per month from the date of the invoice on those invoices not paid by the last day of the month following the month the invoice was issued.

The Firm is a California limited liability partnership.

EXHIBIT G