

# JMBM
## Jeffer Mangels Butler & Marmaro LLP

A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
ATTORNEYS AT LAW
SEVENTH FLOOR
1900 AVENUE OF THE STARS
LOS ANGELES, CALIFORNIA  90067-4308
TELEPHONE: (310) 203-8080
FACSIMILE: (310) 203-0567

LOS ANGELES
SAN FRANCISCO
ORANGE COUNTY

Mitchell Eisenberg, Esq.
Jupitermedia Corp.
Jupiterimages Corp.
23 Old Kings Highway South
Darien, CT 06820

January 17, 2008
Invoice 1382297

Page 1

PLEASE INDICATE INVOICE AND MATTER # WITH REMITTANCE

Our Matter #  67585-0002                               For Services Through December 31, 2007

**adv. Steve Shapiro; Steve Shapiro Music**

| | |
|---|---:|
| Total Current Fees for Professional Services ................................................. $ | 15,632.50 |
| Total Current Costs ........................................................................................... $ | 673.99 |
| Total Current Charges Due ............................................................................... $ | 16,306.49 |
| Past Due Balance for Professional Services and Costs .................................. $ | 36,555.35 |
| **Total Due** ........................................................................................................... $ | **52,861.84** |

EXHIBIT H



# JMBM | Jeffer Mangels Butler & Marmaro LLP

A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
ATTORNEYS AT LAW
SEVENTH FLOOR
1900 AVENUE OF THE STARS
LOS ANGELES, CALIFORNIA 90067-4308
TELEPHONE: (310) 203-8080
FACSIMILE: (310) 203-0567

LOS ANGELES
SAN FRANCISCO
ORANGE COUNTY

Mitchell Eisenberg, Esq.
Jupitermedia Corp.
Jupiterimages Corp.
23 Old Kings Highway South
Darien, CT 06820

January 17, 2008
Invoice 1382297

Page 2

PLEASE INDICATE INVOICE AND MATTER # WITH REMITTANCE

Our Matter # 67585-0002                                           For Services Through December 31, 2007

**adv. Steve Shapiro; Steve Shapiro Music**

| Date | Description | Timekeeper | Hours/Rate | Amount |
|---|---|---|---|---|
| 12/06/07 | | Jeffrey K. Riffer | 0.20 hrs. 530.00/hr | $ 106.00 |
| 12/07/07 | | Jeffrey K. Riffer | 0.90 hrs. 530.00/hr | 477.00 |
| 12/10/07 | Review Stein's emails; prepare emails regarding analysis of Stein's emails. | Jeffrey K. Riffer | 0.50 hrs. 530.00/hr | 265.00 |
| 12/12/07 | Review emails regarding strategy; send emails regarding strategy; prepare email regarding response to Stein regarding Riptide. | Jeffrey K. Riffer | 0.80 hrs. 530.00/hr | 424.00 |
| 12/19/07 | Review Opposition papers re motion to dismiss; prepare reply papers regarding motion to dismiss. | Jeffrey K. Riffer | 1.60 hrs. 530.00/hr | 848.00 |
| 12/20/07 | KeyCite cases re opposition papers. | AnnMarie Lariccia | 0.80 hrs. 175.00/hr | 140.00 |
| 12/20/07 | Prepare reply papers regarding motion to dismiss; review emails regarding strategy. | Jeffrey K. Riffer | 2.20 hrs. 530.00/hr | 1,166.00 |
| 12/21/07 | Research re reply papers. | AnnMarie Lariccia | 0.30 hrs. 175.00/hr | 52.50 |

EXHIBIT H



**JMBM** | Jeffer Mangels Butler & Marmaro LLP

A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
ATTORNEYS AT LAW
SEVENTH FLOOR
1900 AVENUE OF THE STARS
LOS ANGELES, CALIFORNIA 90067-4308
TELEPHONE: (310) 203-8080
FACSIMILE: (310) 203-0567

LOS ANGELES
SAN FRANCISCO
ORANGE COUNTY

Mitchell Eisenberg, Esq.
Jupitermedia Corp.
Jupiterimages Corp.
23 Old Kings Highway South
Darien, CT 06820

January 17, 2008
Invoice 1382297

Page 3

PLEASE INDICATE INVOICE AND MATTER # WITH REMITTANCE

| Date | Description | | Hours/Rate | Amount |
|---|---|---|---|---|
| 12/21/07 | Prepare reply papers regarding motion to dismiss. | | | |
| | Jeffrey K. Riffer | | 2.70 hrs. 530.00/hr | 1,431.00 |
| 12/22/07 | Prepare reply papers regarding motion to dismiss. | | | |
| | Jeffrey K. Riffer | | 4.20 hrs. 530.00/hr | 2,226.00 |
| 12/23/07 | Prepare reply papers regarding motion to dismiss. | | | |
| | Jeffrey K. Riffer | | 4.80 hrs. 530.00/hr | 2,544.00 |
| 12/24/07 | Prepare reply papers regarding motion to dismiss. | | | |
| | Jeffrey K. Riffer | | 4.80 hrs. 530.00/hr | 2,544.00 |
| 12/26/07 | Prepare reply papers re motion to dismiss. | | | |
| | Jeffrey K. Riffer | | 4.30 hrs. 530.00/hr | 2,279.00 |
| 12/26/07 | KeyCite cases re motion to dismiss. | | | |
| | AnnMarie Lariccia | | 0.40 hrs. 175.00/hr | 70.00 |
| 12/30/07 | Prepare Objection to Notice to Produce; prepare email regarding strategy. | | | |
| | Jeffrey K. Riffer | | 2.00 hrs. 530.00/hr | 1,060.00 |

Total Fees for Professional Services for this Matter for this Invoice .............. $    15,632.50

**Chargeable Costs**

Computer Research                                                            $    665.64

EXHIBIT H



# JMBM | Jeffer Mangels Butler & Marmaro LLP

A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
ATTORNEYS AT LAW
SEVENTH FLOOR
1900 AVENUE OF THE STARS
LOS ANGELES, CALIFORNIA 90067-4308
TELEPHONE: (310) 203-8080
FACSIMILE: (310) 203-0567

LOS ANGELES
SAN FRANCISCO
ORANGE COUNTY

Mitchell Eisenberg, Esq.
Jupitermedia Corp.
Jupiterimages Corp.
23 Old Kings Highway South
Darien, CT 06820

January 17, 2008
Invoice 1382297

Page 4

PLEASE INDICATE INVOICE AND MATTER # WITH REMITTANCE

| | |
|---|---:|
| Overnight Delivery | 8.35 |
| Total Chargeable Costs for this Matter for this Invoice ................................. $ | 673.99 |
| Total Fees and Costs for this Matter for this Invoice ...................................... $ | 16,306.49 |
| Unpaid balance on this matter ............................................................................. $ | 36,555.35 |
| Please Remit Total Balance Due ........................................................................ $ | 52,861.84 |

**\*\* REMITTANCE ADDRESS: P.O. BOX 513267 LOS ANGELES CALIFORNIA 90051-3267**

Costs may have been incurred which are not reflected in this invoice. Costs are reflected on invoices when they are entered into our accounting system. They do not necessarily reflect the dates costs were incurred.

Payment is due on all invoices upon presentation. A carrying charge will be added at a rate of 1% per month from the date of the invoice on those invoices not paid by the last day of the month following the month the invoice was issued.

The Firm is a California limited liability partnership.

EXHIBIT H