# JMBM | Jeffer Mangels Butler & Marmaro LLP

A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
ATTORNEYS AT LAW

LOS ANGELES
SAN FRANCISCO
ORANGE COUNTY

SEVENTH FLOOR
1900 AVENUE OF THE STARS
LOS ANGELES, CALIFORNIA 90067-4308
TELEPHONE: (310) 203-8080
FACSIMILE: (310) 203-0567

Mitchell Eisenberg, Esq.
Jupitermedia Corp.
Jupiterimages Corp.
23 Old Kings Highway South
Darien, CT 06820

February 1, 2008
Invoice 1383524
Tax ID 95-3669194

Page 1

PLEASE INDICATE INVOICE AND MATTER # WITH REMITTANCE

Our Matter # 67585-0002                                    For Services Through January 31, 2008

**adv. Steve Shapiro; Steve Shapiro Music**

| | |
|---|---:|
| Total Current Fees for Professional Services............................................. $ | 21,318.00 |
| Total Current Costs............................................................................................ $ | 663.84 |
| Total Current Charges Due............................................................................. $ | 21,981.84 |
| Past Due Balance for Professional Services and Costs............................... $ | 53,149.28 |
| **Total Due**............................................................................................................ $ | **75,131.12** |

EXHIBIT I

# JMBM | Jeffer Mangels Butler & Marmaro LLP

A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
ATTORNEYS AT LAW
SEVENTH FLOOR
1900 AVENUE OF THE STARS
LOS ANGELES, CALIFORNIA 90067-4308
TELEPHONE: (310) 203-8080
FACSIMILE: (310) 203-0567

LOS ANGELES
SAN FRANCISCO
ORANGE COUNTY

Mitchell Eisenberg, Esq.
Jupitermedia Corp.
Jupiterimages Corp.
23 Old Kings Highway South
Darien, CT 06820

February 1, 2008
Invoice 1383524
Tax ID 95-3669194
Page 2

PLEASE INDICATE INVOICE AND MATTER # WITH REMITTANCE

Our Matter # 67585-0002                                                 For Services Through January 31, 2008

**adv. Steve Shapiro; Steve Shapiro Music**

| Date | Description | Hours/Rate | Amount |
|---|---|---|---|
| 01/03/08 | Review emails from Stein; send emails regarding Stein emails.<br>Jeffrey K. Riffer | 0.70 hrs. 580.00/hr | $ 406.00 |
| 01/04/08 | Review emails regarding strategy; send emails regarding strategy; prepare email to Stein.<br>Jeffrey K. Riffer | 0.30 hrs. 580.00/hr | 174.00 |
| 01/07/08 | Prepare for hearing.<br>Jeffrey K. Riffer | 1.30 hrs. 580.00/hr | 754.00 |
| 01/07/08 | Research re motion to dismiss.<br>AnnMarie Lariccia | 0.50 hrs. 185.00/hr | 92.50 |
| 01/08/08 | Prepare for hearing on montion to dismiss; review emails from Stein.<br>Jeffrey K. Riffer | 4.30 hrs. 580.00/hr | 2,494.00 |
| 01/09/08 | Prepare for hearing on Jupiterimages' motion to dismiss; attend hearing on Jupiterimages' motion to dismiss.<br>Jeffrey K. Riffer | 5.20 hrs. 580.00/hr | 3,016.00 |
| 01/10/08 | Telephone conference with Mr. Edelstein regarding strategy; review emails; send emails.<br>Jeffrey K. Riffer | 0.50 hrs. 580.00/hr | 290.00 |
| 01/15/08 | Research regarding attorneys fees motion.<br>Joe Nicchitta | 5.20 hrs. 295.00/hr | 1,534.00 |
| 01/17/08 | Research regarding attorney fees motion.<br>Jeffrey K. Riffer | 0.90 hrs. 580.00/hr | 522.00 |

EXHIBIT I

# JMBM | Jeffer Mangels Butler & Marmaro LLP

A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
ATTORNEYS AT LAW

LOS ANGELES
SAN FRANCISCO
ORANGE COUNTY

SEVENTH FLOOR
1900 AVENUE OF THE STARS
LOS ANGELES, CALIFORNIA 90067-4308
TELEPHONE: (310) 203-8080
FACSIMILE: (310) 203-0567

Mitchell Eisenberg, Esq.
Jupitermedia Corp.
Jupiterimages Corp.
23 Old Kings Highway South
Darien, CT 06820

February 1, 2008
Invoice 1383524
Tax ID 95-3669194

Page 3

PLEASE INDICATE INVOICE AND MATTER # WITH REMITTANCE

| Date | Description | Hours/Rate | Amount |
|---|---|---|---|
| 01/18/08 | Telephone conference with Mr. Eisenberg, Ms. Sigel and Mr. Edelstein regarding strategy; prepare motion for attorney fees.<br>Jeffrey K. Riffer | 1.20 hrs. 580.00/hr | 696.00 |
| 01/28/08 | Prepare motion for attorney fees.<br>Jeffrey K. Riffer | 1.20 hrs. 580.00/hr | 696.00 |
| 01/29/08 | Prepare motion for attorney fees.<br>Jeffrey K. Riffer | 2.20 hrs. 580.00/hr | 1,276.00 |
| 01/30/08 | Prepare motion for attorney fees.<br>Jeffrey K. Riffer | 5.20 hrs. 580.00/hr | 3,016.00 |
| 01/30/08 | Prepare attorney fee motion.<br>Joe Nicchitta | 2.20 hrs. 295.00/hr | 649.00 |
| 01/31/08 | Research re attorney fee motion.<br>AnnMarie Lariccia | 0.40 hrs. 185.00/hr | 74.00 |
| 01/31/08 | Prepare motion for attorney fees.<br>Jeffrey K. Riffer | 6.50 hrs. 580.00/hr | 3,770.00 |
| 01/31/08 | Prepare motion for attorney's fees.<br>Joe Nicchitta | 6.30 hrs. 295.00/hr | 1,858.50 |

Total Fees for Professional Services for this Matter for this Invoice ............ $   21,318.00

### Chargeable Costs

| | | |
|---|---|---|
| Air Fare | $ | 360.80 |
| Computer Research | | 270.26 |

EXHIBIT I

# JMBM | Jeffer Mangels Butler & Marmaro LLP

A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
ATTORNEYS AT LAW

LOS ANGELES
SAN FRANCISCO
ORANGE COUNTY

SEVENTH FLOOR
1900 AVENUE OF THE STARS
LOS ANGELES, CALIFORNIA 90067-4308
TELEPHONE: (310) 203-8080
FACSIMILE: (310) 203-0567

Mitchell Eisenberg, Esq.
Jupitermedia Corp.
Jupiterimages Corp.
23 Old Kings Highway South
Darien, CT 06820

February 1, 2008
Invoice 1383524
Tax ID 95-3669194
Page 4

PLEASE INDICATE INVOICE AND MATTER # WITH REMITTANCE

| | |
|---|---:|
| Document Reproduction | 7.80 |
| Overnight Delivery | 24.98 |
| Total Chargeable Costs for this Matter for this Invoice .................................. $ | 663.84 |
| Total Fees and Costs for this Matter for this Invoice ...................................... $ | 21,981.84 |
| Unpaid balance on this matter ............................................................................ $ | 53,149.28 |
| Please Remit Total Balance Due ........................................................................ $ | 75,131.12 |

**\* \* REMITTANCE ADDRESS: P.O. BOX 513267 LOS ANGELES CALIFORNIA 90051-3267**

Costs may have been incurred which are not reflected in this invoice. Costs are reflected on invoices when they are entered into our accounting system. They do not necessarily reflect the dates costs were incurred.

Payment is due on all invoices upon presentation. A carrying charge will be added at a rate of 1% per month from the date of the invoice on those invoices not paid by the last day of the month following the month the invoice was issued.

The Firm is a California limited liability partnership.

EXHIBIT I