JEFFER, MANGELS, BUTLER & MARMARO LLP
JEFFREY K. RIFFER (Bar No. 87016) (JRiffer@jmbm.com)
1900 Avenue of the Stars
Seventh Floor
Los Angeles, CA 90067-4308
Telephone:   310-203-8080
Facsimile:    310-203-0567

Attorneys for Defendant JUPITERIMAGES CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVE SHAPIRO and STEVE SHAPIRO MUSIC,<br><br>Plaintiffs,<br><br>v.<br><br>JUPITERIMAGES CORPORATION,<br><br>Defendant. | CASE NO.   3:07-CV-5540 PJH<br><br>JUPITERIMAGES CORPORATION'S APPENDIX OF NON-CASE AUTHORITY IN SUPPORT OF MOTION FOR ATTORNEY FEES<br><br>Date: March 12, 2008<br>Time: 9:00 a.m.<br>Place: Courtroom 3 |

1  Defendant Jupiterimages Corp. hereby attaches the following authority in support of
2  its motion for attorneys fees.

# APPENDIX OF AUTHORITIES

Exhibit A:     Ballentine's Law Dictionary (3d ed. 1969).

DATED: January 31, 2008            JEFFER, MANGELS, BUTLER & MARMARO LLP
                                   JEFFREY K. RIFFER


                                   By: /S/ JEFREY K. RIFFER
                                       JEFFREY K. RIFFER
                                   Attorneys for Defendant JUPITERIMAGES CORP.