JEFFER, MANGELS, BUTLER & MARMARO LLP
JEFFREY K. RIFFER (Bar No. 87016)  Email: *JKR@jmbm.com*
1900 Avenue of the Stars
Seventh Floor
Los Angeles, CA 90067-4308
Telephone:   310-203-8080
Facsimile:    310-203-0567

Attorneys for Defendant JUPITERIMAGES CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVE SHAPIRO and STEVE SHAPIRO MUSIC,<br><br>Plaintiffs,<br><br>v.<br><br>JUPITERIMAGES CORPORATION,<br><br>Defendant. | CASE NO.       3:07-CV-5540  PJH<br><br>JUPITERIMAGES CORPORATION'S STATEMENT OF RECENT DECISION<br><br>Date: March 12, 2008<br>Time:  9:00 a.m.<br>Place: Courtroom 3 |

I.

<u>THE NEW RIVERA DISTRIBUTORS v. JONES CASE</u>

Jupiterimages Corp. is hereby attaching a copy of the recent decision in <u>Rivera Distributors, Inc. v. Jones</u>, - F.3d -, 2008 WL 441762 (7th Cir. Feb. 20, 2008) where the court held that a defendant, who obtained a Judgment in its favor, was a "prevailing party" and entitled to attorney fees. The case is attached as Exhibit A.

DATED: March 3, 2008

JEFFER, MANGELS, BUTLER & MARMARO LLP
JEFFREY K. RIFFER

By: */S/ JEFFREY K. RIFFER*
    JEFFREY K. RIFFER
  Attorneys for Defendant JUPITERIMAGES CORP.