United States District Court
Northern District of California

# DOCUMENT LOCATOR

Case Number:   **CV-07-5540 PJH**

Date Filed: **3-7-08**

**Document:**

_X_  Reporter's Transcript:   **1-9-08**

____  Trial Exhibits:

____  Lodged Documents:

____  Sealed Documents

____  Declaration:

____  Other:

**Location:**

_X_  Expando (Next to Case File)

____  Overflow Shelf:

____  Vault

____  Other:

## Document Number:   **41**