UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

Date: March 12, 2008     JUDGE: Phyllis J. Hamilton

Case No: C-07-5540 PJH

Case Name: Steve Shapiro, et al. v. Jupiterimages Corporation

Attorney(s) for Plaintiff:    Steven Stein
Attorney(s) for Defendant:    Jeffrey K. Riffer

Deputy Clerk: Nichole Heuerman     Court Reporter: Joan Columbini

PROCEEDINGS

Defendant's Motion for Attorney Fees-DENIED as stated on the record.

Order to be prepared by:   [] Pl [] Def  [] Court

Notes:

cc: chambers