UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEVE SHAPIRO, et al.,

    Plaintiffs,

    v.

JUPITERIMAGES CORP.,

    Defendant.
_____/

No. C 07-5540 PJH

**ORDER DENYING MOTION FOR ATTORNEY'S FEES**

    Defendant's motion for attorney's fees came on for hearing before this court on March 12, 2008. Plaintiffs Steve Shapiro and Steve Shapiro Music appeared through their counsel, Steven Stein. Defendant Jupiterimages Corporation appeared through its counsel, Jeffrey K. Riffer. Having read the papers filed in conjunction with the motion and carefully considered the arguments and the relevant legal authority, the court hereby DENIES defendant's motion, for the reasons stated at the hearing.

**IT IS SO ORDERED.**

Dated: March 13, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge